|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>    v.<br><br>RICK LEE ARCHER,<br><br>    Petitioner/Defendant. | Case No. 2:93-CR-259-LDG<br><br>**<u>ORDER</u>** |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Reply deadline is July 3, 2017.

DATED this ___28___ of April, 2017.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE