NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Liberty #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:93-CR-00259-JCM |
| Plaintiff, | **Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion** |
| vs. | |
| RICK LEE ARCHER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Andrew Wong, counsel for Rick Lee Archer, that the government's response to Mr. Archer's Motion for Compassionate Release (ECF No. 179) be extended by 10 days, to and including December 11, 2020.

This stipulation is entered into for the following reasons:

1. Mr. Archer filed his motion on November 24, 2020. ECF No. 179.

2. Pursuant to the District Court's General Order Regarding such motions, the government's response is due seven days after the motion is filed, which is December 1, 2020.

3.  Government counsel handling this matter will be out of the office the rest of this week for the Thanksgiving holiday. When she returns, she will be preparing for a Ninth Circuit oral argument scheduled for December 8, 2020, as well as preparing responses to several other compassionate release motions that were filing Thanksgiving week. In light of this work, the government believes it will need additional time, to and including December 11, 2020, to review Archer's motion, related medical records, and other records, and prepare and file the government's response.

4.  Archer's counsel consents to this extension of time.

DATED this 25th day of November, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: *s/ Andrew Wong*<br>Andrew Wong<br>Asst. Federal Public Defender<br>*Counsel for Rick Lee Archer* | By: *s/ Elizabeth O. White*<br>Elizabeth O. White<br>Assistant United States Attorney<br>*Counsel for the United States* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:93-CR-00259-JCM |
| Plaintiff, | |
| vs. | |
| RICK LEE ARCHER, | ORDER |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion for Compassionate Release (ECF No. 179) be due on December 11, 2020.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE