JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:93-cr-259-JCM |
| Plaintiff, | **Stipulation to Extend Deadlines Regarding Defendant Rick Lee Archer's Motion in Support of Compassionate Release [ECF No. 191]** |
| v. | |
| RICK LEE ARCHER, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for defendant Rick Lee Archer, that the government's deadline to respond to Archer's Motion in Support of Compassionate Release, ECF No. 191, currently set for October 20, 2023, be extended until November 3, 2023.

1. Archer filed his Motion on August 22, 2023, and the parties agreed to extend Archer's deadline to supplement his Motion to October 6, 2023, and the government's deadline to respond to October 20, 2023, which the Court granted. ECF No. 197.

2. Archer filed his supplement on October 4, 2023. ECF No. 199. After reviewing the supplement, the government needs additional time to respond to both the

1  Motion and the supplement. Therefore, the parties agree to extend the government's
2  deadline to respond to November 3, 2023, and Archer's deadline to file a reply to November
3  17, 2023.
4     3.   As such, the parties respectfully ask this Court to grant a two-week extension,
5  until November 3, 2023, for the government to respond to Archer's Motion, and until
6  November 17, 2023, for Archer to file his reply.
7  DATED this 12th day of October, 2023.

8  JASON M. FRIERSON
   United States Attorney
9

10  *s/Jim W. Fang*                              *s/ Heidi A. Ojeda*
    JIM W. FANG                                  HEIDI A. OJEDA
    Assistant United States Attorney             Assistant Federal Public Defender
11  *Counsel for the United States*              *Counsel for Archer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK LEE ARCHER,<br><br>　　　　　Defendant. | Case No. 2:93-cr-259-JCM<br><br>**Stipulation to Extend Deadlines Regarding Defendant Rick Lee Archer's Motion in Support of Compassionate Release [ECF No. 191]** |

### <u>ORDER</u>

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to defendant Rick Lee Archer's Motion in Support of Compassionate Release, ECF No. 191, shall be filed and served on or before November 3, 2023. Archer shall file and serve his reply on or before November 17, 2023.

　　　　DATED October 13, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE